NEW YORK COALITION FOR QUALITY ASSISTED LIVING, INC., Appellant, v MFY LEGAL SERVICES, INC., et al., Respondents.

Submitted August 1, 2011; decided August 24, 2011

Motion by the Center for Constitutional Rights et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

NEW YORK COALITION FOR QUALITY ASSISTED LIVING, INC., Appellant, v MFY LEGAL SERVICES, INC., et al., Respondents.

Submitted August 1, 2011; decided August 24, 2011

Motion by Disability Advocates, Inc., et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VENTURA, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIAN GARDNER, Appellant.

Submitted August 1, 2011; decided August 24, 2011

Motion by Immigrant Defense Project et al. for leave to file a brief amici curiae on the appeals herein granted and the proposed brief is accepted as filed.

CARMEN VALDEZ, Individually and as Mother and Natural Guardian of CEASAR MARTI and Another, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted August 1, 2011; decided August 24, 2011